IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-03621-NRN

TERESO PINEDA DIERA,

Petitioner,

v.

JUAN BALTAZAR, in his official capacity as Warden of the Aurora Contract Detention Facility;
GEORGE VALDEZ, in his official capacity as Acting Field Office Director, Denver, U.S. Immigration and Customs Enforcement;
MARKWAYNE MULLEN, in his official capacity as Acting U.S. Secretary of Department of Homeland Security;
DAVID VENTURELLA, in his official capacity as Acting Director of Immigration and Customs Enforcement;
TODD BLANCHE, in his official capacity as Acting Attorney General of the United States;
SIRCE E. OWEN, in his official capacity as Director of the Executive Office for Immigration Review,

Respondents.

---

ORDER

---

Entered by Magistrate Judge N. Reid Neureiter

Before the Court is Petitioner Tereso Pineda Diera's Petition for Writ of Habeas Corpus. ECF No. 1. Having reviewed the Petition, the Court ORDERS Petitioner to, no later than August 13, 2026, (1) serve Respondents with a copy of the Petition and accompanying papers, along with a copy of this Order, by e-mail and by overnight mail, and (2) promptly file proof of such service on the docket. Counsel for Respondents shall promptly enter notices of appearance. Within three calendar days of service, Respondents are ORDERED TO RESPOND to the Petition and are ORDERED TO SHOW CAUSE as to why the Petition should not be granted.

Pursuant to the All Writs Act, 28 U.S.C. § 1651(a), and in order to preserve the Court's jurisdiction, Respondents SHALL NOT REMOVE Petitioner from the District of Colorado or the United States unless or until this Court or the Court of Appeals for the Tenth Circuit vacates this Order. *See Vizguerra-Ramirez v. Choate*, Case No. 1:25-cv-00881, D. Colo., ECF No. 11 at 45 (collecting cases); *F.T.C. v. Dean Foods Co.*, 384

U.S. 597, 603 (1966); *Local 1814*, *Int'l Longshoremen's Ass'n v. New York Shipping Ass'n*, 965 F.2d 1224, 1237 (2d Cir. 1992).

It is further ORDERED that within three calendar days of service, the parties shall complete and file the Consent/Non-Consent Form (ECF No. 3) indicating either the unanimous consent of the parties or that consent has been declined.

Date: August 10, 2026